■ In the Matter of 2700 TAVERN, INC., Respondent, v STATE LIQUOR AUTHORITY et al., Appellants.—Order of the Supreme Court, Bronx County (Jack Turret, J.), entered November 27,

1987, which granted petitioner's application, pursuant to CPLR article 78, to the extent of finding the determination of respondent State Liquor Authority directing the forfeiture of petitioner's $1,000 compliance bond to be excessive and remanding the matter to the State Liquor Authority for imposition of a new penalty, is unanimously reversed on the law and the penalty imposed by respondent reinstated, without costs or disbursements.

We are bound by the determination in *Matter of Plato's Cave v State Liq. Auth.* (68 NY2d 791) that a Joker Poker machine is a gambling device prohibited under Alcoholic Beverage Control Law § 106 (6).

The petitioner was found guilty of having suffered or permitted such gambling. The only issue here is the penalty imposed by the State Liquor Authority, being a 10-day deferred suspension of petitioner's liquor license plus a $1,000 bond forfeiture, and whether it is a reasonable exercise of its discretion.

It cannot be said that the penalty was disproportionate to the offense. *(See, Matter of Norwood Pub. v State Liq. Auth.,* 145 AD2d 322.)* Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.